IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09MC 49

| | |
|---|---|
| IN RE: ACCEPTANCE OF CONCURRENT ) <br> JURISDICTION OVER NATIONAL FOREST ) <br> LAND IN WESTERN NORTH CAROLINA. ) <br> ) | ORDER |

**THIS MATTER** is before the court upon tender by the United States Forest Service of a copy of a letter issued by the Secretary of Agriculture on December 30, 2008, accepting concurrent legislative jurisdiction over all lands acquired by the United States for national forest purposes in North Carolina. It appearing that such letter bears on the jurisdiction of this court over National Forests in the Western District of North Carolina and is not otherwise readily accessible by the public, the court attaches such letter to this Order and places it upon the court's miscellaneous docket to aid future reference and public access.

**So, Ordered.**

Signed: December 8, 2009

*[Signature]*

Title of Signing Officer
United States District Court